**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **TOTAL QUALITY LOGISTICS, LLC**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JACKIMS EXPRESS, INC.**<br><br>**Defendant.** | **CASE NO. 1:11-cv-00550-SSB-KLL**<br><br>**JUDGE SANDRA S. BECKWITH**<br><br>**Magistrate Judge Karen K. Litkovitz** |

## ORDER GRANTING PLAINTIFF TOTAL QUALITY LOGISTICS, LLC'S MOTION TO COMPEL RESPONSES TO THE FIRST SET OF POST-JUDGMENT INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JACKIMS EXPRESS, INC.

This matter came before the Court on Plaintiff Total Quality Logistics, LLC's ("TQL") Motion (the "Motion") to Compel responses to the First Set of Post-Judgment Interrogatories and Requests for Production of Documents to Defendant Jackims Express, Inc. ("Defendant") [Doc. No. 12]. The Court finds that the Motion is well taken. Accordingly, the Motion is **GRANTED**.

IT IS, THEREFORE, ORDERED, that Defendant shall serve upon counsel for TQL responses to the First Set of Post-Judgment Interrogatories and Requests for Production of Documents to Defendant TW Transportation Solutions LLC, attached to the Motion as **EXHIBIT 1**, within fourteen (14) days of the entry of this Order.

IT IS FURTHER ORDERED that TQL is awarded all reasonable expenses, including attorneys' fees, incurred in obtaining this Order. TQL is directed to file a memorandum in support of the amount of such expenses for the Court's consideration.

**IT IS SO ORDERED**.

The Honorable Karen L. Litkovitz
United States Magistrate Judge

7305332 v1